■ Kara Eichman, Appellant, v Jason Baker et al., Respondents, et al.,Defendant. [993 NYS2d 318]—

Order, Supreme Court, New York County (Arlene P. Bluth, J.), entered November 14, 2013, which, insofar as appealed from as limited by the briefs, granted defendant Jason Baker's motion for summary judgment dismissing the complaint as against him, unanimously affirmed, without costs.

Defendant Baker established prima facie his freedom from liability for any injuries suffered by plaintiff as a result of the collision of his vehicle with the taxi in which plaintiff was a passenger. The record shows that Baker was making a permitted left turn from the middle lane of a roadway when the taxi driver, defendant Lebron, proceeded straight ahead in the left lane, in violation of traffic signs and pavement markings requiring him to turn left. Plaintiff's speculation that Baker may have contributed to, and been able to avoid, the accident is insufficient to raise an issue of fact (see Flores v City of New York, 66 AD3d 599 [1st Dept 2009]). Nor does Lebron's inability to recall whether his lane was controlled by traffic signals raise any issue of fact. Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.

■ The People of the State of New York, Respondent, v Josie Almonte, Appellant. [992 NYS2d 891]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered March 24, 2011, as amended on October 18, 2011, convicting defendant, after a jury trial, of grand larceny in the third degree (11 counts), grand larceny in the fourth degree, scheme to defraud in the first degree, and criminal impersonation in the second degree (15 counts), and sentencing her to an aggregate term of 3⅓ to 10 years, unanimously affirmed.

Defendant's challenge to the court's jury instructions is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we find no basis for reversal. The court's charges regarding larceny by false pretense and scheme to defraud, which adhered to the Criminal Jury Instructions, properly conveyed to the jury all of the elements of those crimes.

We have considered and rejected defendant's ineffective assistance of counsel claim. Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Manzanet-Daniels, JJ.